FILED
2010 Jun-22 PM 03:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TAMEKA DARDEN,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | }   **CASE NO. 2:10-cv-0990-SLB** |
| | } |
| **PINNACLE CREDIT SERVICES,** | } |
| **LLC.; B&T FINANCIAL SERVICES,** | } |
| | } |
| **Defendants.** | } |

### ORDER REGARDING ATTORNEY AND NON-ATTORNEY TIME RECORDS

If a party anticipates that during or upon the completion of this action it may for any reason (other than as a sanction under the Federal Rules of Civil Procedure) ***seek an award of attorneys' fees*** from the opposing party pursuant to any statute, such party must comply with the following requirements as a precondition to any such award:

**A.  ATTORNEY AND NON-ATTORNEY TIME RECORDS**

Counsel must maintain a separate record of time with a complete and accurate accounting of all time each attorney devoted to this particular action (to the nearest 1/4 of an hour), recorded contemporaneously with the time expended and with sufficient detail to disclose the nature of the work performed in the action (i.e., not just "research" but the specific matter being researched; not just "conference" but identity of persons conferring and general subject matter of the  conference).  If counsel anticipates claiming fees for work performed by any person not a member of the Bar (hereinafter "non-attorney time"),

separate records shall be maintained for each such person in the same manner described above.

The court will not require that counsel file with the Clerk such attorney and non-attorney time records on a monthly basis. However, counsel are **DIRECTED** to review and verify all attorney and non-attorney time records no less than once per month.

**B. CERTIFICATION**

A Petition for Attorney Fees shall be accompanied by Counsel's Certification, certifying the following:

1. All attorney and non-attorney time records are accurate;

2. Such records were prepared contemporaneously with the performance of the work for which fees are claimed; and

3. Counsel reviewed and verified all attorney and non-attorney time records no less than once per month.

**DONE** this 22nd day of June, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE