# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TAMEKA DARDEN,** | } |
| **Plaintiff,** | } |
| v. | } **CASE NO. 2:10-cv-0990-SLB** |
| **PINNACLE CREDIT SERVICES, LLC.; B&T FINANCIAL SERVICES,** | } |
| **Defendants.** | } |

## ORDER

This case is before the court on Plaintiff's Motion to Voluntary Dismiss Claims Against all Defendants filed on January 14, 2011. (Doc. 10.)[1]  The motion is **GRANTED**. It is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE**, this 14th day of January, 2011.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.